

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00159-CR

JOSE ABELARDO ALBERTO                          APPELLANT

V.

THE STATE OF TEXAS                                 STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
### TRIAL COURT NO. 1344244D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jose Abelardo Alberto pled guilty pursuant to a plea bargain to possessing at least one gram but less than four grams of a controlled substance—methamphetamine—and the trial court followed the bargain, placing Appellant on four years' deferred adjudication community supervision and imposing a $400 fine that was not suspended, restitution, court costs, and other

---

[1]*See* Tex. R. App. P. 47.4.

conditions.  Appellant also signed a judicial confession, waived all pretrial motions, and waived all rights of appeal.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal.  We therefore informed Appellant by letter that his case was subject to dismissal unless he or any party desiring to continue the appeal showed grounds for continuing it.[2]  We have received no response. Accordingly, we dismiss this appeal.[3]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 7, 2014

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).